

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00015-CR
_____

ZACHARY RIDGWAY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 272nd District Court
Brazos County, Texas
Trial Court No. 06-06021-CRF-272, Honorable Travis B. Bryan, Presiding

March 16, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Zachary Ridgway, appealed a judgment revoking his community supervision for the offense of manufacture and delivery of a controlled substance in an amount of four or more grams but less than 200 grams, and sentence of confinement for a period of five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed appellant's Motion to Dismiss Appeal on March 12, 2015.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.